MN,ND-305
(5/94)

R#2149

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Arnold & Elane Sawyer

Chapter 7

Case No. 09-30620

Please Check One:

_____   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Express Centurion Bank c/o Becket and Lee, LLP PO Box 3001 Malvern, PA 19355-0701 | 14 | $150.00 | $1.82 |

Date: May 4, 2010

[signature]
Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

RECEIVED
10 MAY -6 PM 12:11
U.S. BANKRUPTCY COURT
ST. PAUL, MN